# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Richard Williams　　　　　　　　　　**Docket Number:** 10-00049-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　**PACTS Number:** 54236

**Name of Sentencing Judicial Officer:** HONORABLE DENNIS M. CAVANAUGH
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 05/16/03 (ED/NY)
**Date of Sentence Reduction:** 02/03/09 (ED/NY)

**Transfer of Jurisdiction to D/NJ:** 01/27/10

**Original Offense:** Conspiracy to Distribute and Possess with Intent to Distribute Cocaine Base

**Original Sentence:** 100 months imprisonment; 5 years supervised release; $100 special assessment. Special condition of drug testing and/or treatment; DNA collection.
**Sentence Reduction:** 84 months imprisonment with all previously imposed conditions.
**Conditions of Supervision Modified:** 09/30/11 (3 months community confinement).

**Type of Supervision:** Supervised Release　　　　　　　**Date Supervision Commenced:** 02/11/09

**Assistant U.S. Attorney:** To be assigned

**Defense Attorney:** To be assigned

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the special supervision condition which states '**You shall reside for a period of 3 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall not be eligible for weekend privileges. You shall pay subsistence as required by the program.**'<br><br>On October 13, 2011, Williams entered Toler House, located in Newark, to begin his three-month Court-ordered sanction. On December 9, 2011, Williams was discharged as a program failure following a pat search which revealed the following items in his possession: a lighter, a pack of cigarettes, a cell phone, and a jar containing a green |

leafy substance (suspected synthetic marijuana known as "K2/spice"). According to Williams' case manager, he also made minimal efforts to seek employment, and made no attempts to obtain his identification.

2     The offender has violated the mandatory supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On March 21, 2011, Williams was arrested by the New York City Police Department and charged with driving while intoxicated. According to reports, Williams was operating a vehicle which failed to yield at a stop sign. Following a traffic stop, police observed the offender's blood-shot eyes and slurred speech. Two partially filled bottles of alcohol were located in his vehicle. Further investigation revealed that Williams did not have a valid driver's license. Williams refused to submit to a breathalyzer test.

The above case is pending trial at the Criminal Court of New York (Brooklyn).

3     The offender has violated the standard supervision condition which states '**You shall not leave the judicial district without the permission of the Court or Probation Officer.**'

Williams traveled to New York on March 21, 2011 (resulting in a DWI arrest) without our permission.

4     The offender has violated the standard supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

During a home visit conducted on January 5, 2012, Williams admitted using marijuana on December 31, 2011.

5     The offender has violated the standard supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.**'

Despite efforts by the Probation Office, Williams has failed to obtain gainful employment.

6     The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

Williams failed to submit monthly supervision reports for the months of June through September, and December 2011.

I declare under penalty of perjury that the foregoing is true and correct.

Anthony J. Nisi

Digitally signed by Anthony J. Nisi
DN: o=Administrative Office of the US Courts,
email=anthony_nisi@njp.uscourts.gov,
cn=Anthony J. Nisi
Date: 2012.01.24 13:46:48 -05'00'

By: Anthony J. Nisi
U.S. Probation Officer
Date: 01/24/12

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons.  Date of Hearing: FEB 6, 2011 @ 10:30
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

1-26-12
_____
Date